KIMBERLY A. SANCHEZ
Acting United States Attorney
JEFFREY A. SPIVAK
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jul 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-cr-00138-JLT-SKO |
|---|---|
| Plaintiff, | 18 U.S.C. § 666(a)(1)(A) – Theft Concerning Programs Receiving Federal Funds and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(C) – Criminal Forfeiture |
| v. | |
| NICHOLAS M. RETANA, | |
| Defendant. | |

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 666(a)(1) – Theft Concerning Programs Receiving Federal Funds]

The Grand Jury charges that:

NICHOLAS M. RETANA,

defendant herein as follows:

1. At all relevant times,

   a) Retana had a Doctor of Philosophy, or Ph.D., in educational administration.

   b) Retana was the founder and the executive director of Charter School One, located in Madera County, State and Eastern District of California.

   c) Charter School One was created with the goal of providing educational opportunities to disadvantaged Kindergarten through eighth grade students in Madera County and enrolled approximately 600 students.

    d) Charter School One received federal funds, grants, contracts, and subsidies designed to provide resources for its students' education. Charter School One received over $10,000 in federal funds during fiscal year 2020 (July 1, 2019, through June 30, 2020).

    e) Using his position as executive director of Charter School One, Retana had access to and control over Charter School One's bank accounts. Using that access and control, Retana misused Charter School One's funds for improper personal expenditures by himself, his family members, and others that did not have any educational purpose. In doing so, Retana circumvented Charter School One's internal accounting policies and procedures, including by making cash withdrawals from Charter School One's bank accounts, and made false and misleading entries in Charter School One's accounting system to conceal the improper expenditures.

  2. Beginning on a date unknown, but not later than on or about July 20, 2019, and continuing until at least in or around January 2020, in Madera County, State and Eastern District of California, and elsewhere, Retana, while an agent of Charter School One, which was an organization that in each one year period received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance, did embezzle, steal, obtain by fraud, without authority knowingly convert to the use of a person not the rightful owner of, and intentionally misapply property worth at least $5,000 and owned by and under the control of Charter School One.

  All in violation of 18 U.S.C. § 666(a)(1)(A).

FORFEITURE ALLEGATION: [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

  1. Upon conviction of the offense alleged in this Indictment, Retana shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said offense, including but not limited to the following:

    a) A sum of money equal to the amount derived from proceeds traceable to the offense for which Retana is convicted.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment for which

INDICTMENT              2

Retana is convicted:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred to, sold to, or deposited with a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of Retana up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

———————————————
FOREPERSON

*Michael G. Tierney for*
KIMBERLY A. SANCHEZ
Acting United States Attorney

INDICTMENT

3